


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

KAMI Z. BARKER
Telephone: (212) 788-1202
Fax: (212) 788-0940
Fax Not For Service of Papers
kbarker@law.nyc.gov

December 26, 2007

**By Hand-Delivery**

Honorable Richard Sullivan
United States District Judge
Southern District of New York
500 Pearl St., Room 615
New York, NY 10007

      Re: Caban-Bennette v. New York City Fire Department,
          07 Civ 9603 (RJS) (~~　~~)
          Our File No.: 2007-040436

Dear Judge Sullivan:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant in the above-referenced action. I write to request that defendant's time to respond to the complaint be extended from December 31, 2007, to February 14, 2008. This is the defendant's first request for an extension of time and plaintiff consents to this request.

      The requested extension of time is needed to permit a reasonable investigation of the allegations of the complaint. It will permit this office to gather relevant documents, interview potential witnesses, investigate the complaint's numerous allegations of discrimination occurring over a three-year period, and thereafter prepare an appropriate response. It should be noted that the requested extension, if granted by the Court, will not require adjusting any other dates, as the Court has not yet scheduled any additional appearances.

HONORABLE RICHARD J. SULLIVAN
United States District Judge
<u>Caban-Bennette v. New York City Fire Department.</u>
07 Civ. 9603 (RJS)(HP)
December 26, 2007
Page 2

    Accordingly, defendant respectfully requests an enlargement of defendant's time to respond to the complaint from December 31, 2007, to February 14, 2008.

    We thank the Court for its consideration of this request.

Respectfully submitted,

Kami Z. Barker
Assistant Corporation Counsel

cc:    Paul N. Cisternino
       16 Briarbrook Rd.
       Ossining, NY 10562
       (By Overnight Mail)

*[Handwritten note:]* Defendants' time to answer the complaint is extended to February 14, 2008. No further extensions will be granted absent a truly compelling reason. The parties are to appear for a status conference on <u>February 21</u>, 2008 at 4:30 pm.

SO ORDERED
Dated: 12/27/07
RICHARD J. SULLIVAN
U.S.D.J.