UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CABAN-BENNETTE,**
                **Plaintiff,**

-v-

**NEW YORK VITY FIRE DEPARTMENT**
                **Defendants.**

Case No.
07-cv-9603 (RJS)(HBP)

REFERRAL ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/08

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Pitman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_x_ Settlement* -The parties request a settlement conference by June, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
             March 7, 2008

_____
RICHARD J. SULLIVAN
United States District Judge