UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**CABAN-BENNETTE,**

**Plaintiff,**

-v-

Case No.07-cv-9603(RJS)(HP)

**NEW YORK CITY FIRE DEPARTMENT**
**Defendants.**

ORDER OF DISCONTINUANCE

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED, that this action is discontinued with prejudice but

without costs; provided, however, that if the settlement is not consummated within 45 days of the

date of this Order, any party may apply by letter within the 45 day period for restoration of the

action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      August ⎯⎯⎯, 2008