UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GLADYS CABAN-BENNETTE,

                                                    **NOTICE OF APPEARANCE**

                                                    07 Civ 9603 (RJS) (HP)

                       Plaintiff,

- against -

NEW YORK CITY FIRE DEPARTMENT,

                       Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the Defendant The New York City Fire Department. I shall now appear in this matter for Defendant, replacing Assistant Corporation Counsel Kami Barker. All future filings, or other information, related to this action, can be directed to me at the below address.

Dated:        New York, New York
                August 19, 2008

                                                  **MICHAEL A. CARDOZO**
                                                  Corporation Counsel of the
                                                    City of New York
                                                 Attorney for the Defendant
                                                 100 Church Street, Room 2-314
                                                 New York, New York  10007-2601
                                                 (212) 227-3153
                                                 lmartine@law.nyc.gov

                                          By:    **ECF:**             **/s/**
                                                            Larry R. Martinez
                                                        Assistant Corporation Counsel

TO:    **PAUL CISTERNINO**
         16 Briarbrook Road
         Ossining, New York 10562
         (By ECF and Regular Mail)

07 cv 9603 (RJS)(HBP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| GLADYS CABAN-BENNETTE,<br><br>                                                   Plaintiff,<br><br>- against -<br><br>NEW YORK CITY FIRE DEPARTMENT,<br><br>                                                   Defendant. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendant<br>100 Church Street, Room 2-314<br>New York, N.Y. 10007-2601<br><br><br>Of Counsel:   Larry R. Martinez<br>       Tel:          (212) 227-3153<br><br><br><br>Matter No.: 2007-017870 |
| *Due and timely service is hereby admitted.*<br><br>*Dated:* New York, N.Y.   ......................., 2008<br><br>Signed:  ............................................................<br><br>Attorney for..................................................... |